United States Bankruptcy Court
Eastern District of New York

In re:
Vekrum Kaushik
Debtor

Case No. 17-75574-ast
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0207-8 User: swu Page 1 of 2 Date Rcvd: Nov 22, 2017
Form ID: pdf000 Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2017.

db +Vekrum Kaushik, 30 West Street, Apt 4F, New York, NY 10004-3052
intp +Board of Managers of the Millennium Tower Residenc, c/o Mitofksy Shapiro Neville & Hazen, LL, 152 Madison Avenue, Third Floor, New York, NY 10016-5424
cr +ETRADE BANK, Knuckles, Komosinski & Manfro, LLP, 565 Taxter Road Suite 590, Elmsford, NY 10523-2300
9098225 ++BUSINESS LENDERS LLC, WORKOUT DEPARTMENT, 225 ASYLUM STREET 16TH FLOOR, HARTFORD CT 06103-1534
(address filed with court: Business Lenders, LLC, 50 State House Square, 5th Floor, Hartford, CT 06103)
9098217 Bay View Loan Servicing LLC, P .0 Box 650091, Dallas, TX 75265-0091
9119045 +Board of Managers of the Millennium Tower Residenc, c/o Mitofsky Shapiro Neville & Hazen, LL, 152 Madison Ave, Third Floor, New York, NY 10016-5424
9123848 +ETRADE BANK, Law Offices of, Knuckles, Komosinski & Manfro, LLP, 565 Taxter Road, Suite 590, Elmsford, New York 10523-2300
9098219 FCI Lender Services, P.O Box 27370, Anaheim, CA 92809-0112
9105405 +FV-I, Inc. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386
9098227 +IC Systems Inc, P.O Box 64378, Saint Paul, MN 55164-0378
9098218 +Knuckles Komosinski & Elliott, 565 Tayter Rd, Suite 590, Elmsprod, NY 10523-2300
9098223 +Milford Management Corp, 335 Madison Ave, Suite 1500, New York, NY 10017-4679
9098224 +Mitofsly Shapiro Neville & Hazen LLP, 152 Madison Avenue, Third Floor, New York, NY 10016-5424
9098226 +Rosner Nocera & Rangone LLP, 61 Broadway, Suite 1900, New York, NY 10006-2706
9098221 +Specialized Loan Servicing LLC, 8742 Lucent Boulevard, Suite 300, Highlands Ranch, CO 80129-2386
9098222 +Specialized Loan Servicing LLC, P.O Box 630147, Littleton, CO 80163-0147
9098220 +The Margolin & Weinreb Law Group LLP, Attn: Allen Weinreb, 165 Eileen Way, Syosset, NY 11791-5324

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9142297 +E-mail/Text: bankruptcy@cavps.com Nov 22 2017 18:15:43 Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-1340
9098228 +E-mail/Text: mrdiscen@discover.com Nov 22 2017 18:15:28 Discover Financials, P.0 Box 3025, New Albany, OH 43054-3025
9143038 E-mail/Text: cio.bncmail@irs.gov Nov 22 2017 18:15:32 Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346
9103611 E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 22 2017 18:24:05 T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848
TOTAL: 4

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr BSI Mortgage IV, LLC
TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0207-8 User: swu Page 2 of 2 Date Rcvd: Nov 22, 2017
Form ID: pdf000 Total Noticed: 21

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2017 at the address(es) listed below:

Nicole Marie Massi on behalf of Creditor ETRADE BANK nmm@kkmllp.com
Randy J Schaefer on behalf of Creditor BSI Mortgage IV, LLC randy@nyfclaw.com
Shamsundar Gary Moorley on behalf of Interested Party Board of Managers of the Millennium Tower Residences Condominium gmoorley@msnhlaw.com
Stan Y Yang stan.y.yang@usdoj.gov, stan.y.yang@usdoj.gov
United States Trustee USTPRegion02.LI.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X

In re: Chapter 11

VEKRUM KAUSHIK, Case No. 17-75574-ast

Debtor.
---------------------------------------------------X

**ORDER CONFIRMING THAT THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. §362(a) HAS TERMINATED IN THIS CASE PURSUANT TO 11 U.S.C. § 362(c)(3)(A)**

On March 13, 2017, Vekrum Kaushik ("Debtor"), filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code"), assigned case number 17-10601-cgm (the "First Case"). On July 14, 2017, Debtor's First Case was dismissed pursuant to section 109(e). [17-10601; Dkt item 28]

On September 12, 2017, Debtor filed the above captioned case under Chapter 11 of the Bankruptcy Code.

On November 8, 2017, the Court conducted the Initial Case Management Conference (the "ICM Conference") that was scheduled pursuant to an Order of this Court dated October 19, 2017 that was duly served on Debtor and all creditors listed on the Debtor's bankruptcy petition; and the Debtor having failed to appear at the ICM Conference; and Randy J. Schaefer, Esq., attorneys for BSI Mortgage IV LLC, and Stan Yang, Esq., Assistant United States Trustee, having appeared, and after due deliberation and with good cause appearing therefor, it is

ORDERED, that the automatic stay imposed by 11 U.S.C. §362(a) against BSI Mortgage IV LLC, its agents, assigns or successors-in-interest regarding enforcement of its State Law remedies against the Debtor's real property located at 65 Hildreth

Avenue, Bridgehampton, New York 11932, terminated pursuant to § 362(c)(3)(A) on the 30th day after the filing of this case.

**Dated: November 21, 2017**
**Central Islip, New York**

**Alan S. Trust**
**United States Bankruptcy Judge**