UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In Re: VEKRUM KAUSHIK                                  Case # 17-75574-ast

                              Debtor.                                  Chapter 11

---------------------------------------------------------X

**ORDER CONFIRMING THE AUTOMATIC STAY IMPOSED
PURSUANT TO 11 U.S.C. 362(a)
<u>HAS TERMINATED PURSUANT TO 11 U.S.C. 362(c)(3)(A)</u>**

On March 13, 2017, Vekrum Kaushik (hereinafter "Debtor") filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code, under case number 17-10601-cgm. On July 14, 2017, case number 17-10601-cgm was dismissed pursuant to Section 109(e) of the Bankruptcy Code. [17-10601; dkt item 28]

On September 12, 2017, Debtor filed the above captioned petition under Chapter 11 of the Bankruptcy Code.

On November 8, 2017 this Court conducted an initial case management conference that was scheduled pursuant to the Court's Order of October 19, 2017. Debtor was served with a copy of the Order and Debtor failed to appear at the conference.

After due deliberation and with good cause appearing therefor, it is

**ORDERED**, that the Automatic Stay imposed by 11 U.S.C. Section 362(a) against Creditor, Millennium Tower Residences regarding enforcement of its State Law remedies against Debtor's real property located at 30 Little West Street a/k/a 30 West Street, unit 4F, New York, New York is hereby terminated pursuant to Section 362(c)(3)(a) on the 30th day after the filing of the within case.



Dated: December 28, 2017                                         _____
      Central Islip, New York                                            **Alan S. Trust**
                                                          **United States Bankruptcy Judge**